UNITED STATES of America,
Plaintiff–Appellee,

v.

Clifford J. BRIGHAM, Defendant–Appellant.

No. 08–30284.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2009.*

Filed Dec. 3, 2009.

Dwight Carter Holton, Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Laura Graser, Portland, OR, for Defendant–Appellant.

Before: FISHER and PAEZ, Circuit Judges, and FOGEL,** District Judge.

MEMORANDUM ***

Clifford J. Brigham appeals his conviction on thirteen counts of wire fraud under 18 U.S.C. § 1343 (Counts 1–12, 14), four counts of mail fraud under 18 U.S.C. § 1341 (Counts 15–18), and three counts of money laundering under 18 U.S.C. § 1957 (Counts 21–23). Brigham preserved a sufficiency challenge on Counts 12, 14 and 21–23. Accordingly, we review de novo the sufficiency of the evidence to support a conviction on those counts. *United States*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Salman,* 531 F.3d 1007, 1010 (9th Cir. 2008). Brigham failed to preserve challenges on the remaining charges, and thus this court will reverse only if it finds plain error. *United States v. Ross,* 338 F.3d 1054, 1057 (9th Cir.2003) (per curiam). We affirm.

Brigham's attack on the credibility of the government's witnesses is without merit. *See United States v. Tam,* 240 F.3d 797, 806 (9th Cir.2001) ("Absent facial incredibility, it is not our role to question the jury's assessment of witness credibility."); *United States v. Yossunthorn,* 167 F.3d 1267, 1270 (9th Cir.1999) (explaining that credibility of a witness "is a question for the jury unreviewable on appeal"). Upon review of the record, we conclude that the evidence was sufficient to support a jury conviction finding Brigham guilty of wire fraud, mail fraud and money laundering.

**AFFIRMED.**